# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SASHA DIGIULIAN, *et al.*, | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Misc. Action No.:   19-132 (RC) |
| | : | |
| SIBLEY MEMORIAL HOSPITAL, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE FOR FULL CASE MANAGEMENT**

The above-captioned case being related to *Digiulian v. Digiulian*, No. 17-mc-3327, it is hereby referred to United States Magistrate Judge Robin M. Meriweather for full case management. Pursuant to Local Civil Rule 72.2, Magistrate Judge Meriweather will determine any motion or matter that arises in this case except for those motions and petitions specified in Local Civil Rule 72.3(a). Magistrate Judge Meriweather will submit a report and a recommendation for the disposition of any motion or petition, including any dispositive motion or petition, specified in Local Civil Rule 72.3(a).

**SO ORDERED.**

Dated:  August 20, 2019                                                                                     RUDOLPH CONTRERAS
                                                                                                                            United States District Judge